# RETURN OF SERVICE

**State of Florida**  **County of Southern District**

Case Number: 9:24-CV-80906-AMC

Plaintiff:
**JUPITER WRECK, INC.**

vs.

Defendant:
**UNITED STATES ARMY CORPS OF ENGINEERS**

For:
Dannye Thompson
Winderweedle, Haines, Ward & Woodman, P.A.
329 Park Avenue North
Winter Park, FL 32789

Received by Holly Slater on the 30th day of July, 2024 at 2:52 pm to be served on **United States Army Corps of Engineers, 4400 PGA Blvd, Suite 203, Palm Beach Gardens, FL 33410**.

I, Holly Slater, do hereby affirm that on the **1st day of August, 2024** at **1:45 pm, I:**

served a **PUBLIC AGENCY** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Cecilia Muzi** as **Engineering Technician** for **United States Army Corps of Engineers** at the address of: **4400 Pga Blvd, Suite 203, Palm Beach Gardens, FL 33410** and informing said person of the contents therein.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'8, Weight: 180, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing document and the facts stated in it are true. Notary not required pursuant to F.S. 92.525

_____
**Holly Slater**
CPS#2097

**DILIGENT LEGAL SERVICES**
**1497 MAIN STREET**
**DUNEDIN, FL 34698**

Our Job Serial Number: DGT-2024004818
Ref: 4026.007

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

| DELIVERED | 8/1/2024 1:45 PM |
|---|---|
| SERVER | HS |
| LICENSE | CPS#2097 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JUPITER WRECK, INC.,<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.  9:24-cv-80906-AMC |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UNITED STATES ARMY CORPS OF ENGINEERS
4400 PGA Blvd., Suite 203
Palm Beach Gardens, FL 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lindsey C. Brock III, Esq.
Lindsey Brock Law, P.A.
9995 Gate Parkway N., Suite 400, Jacksonville, FL 32246
(904) 996-1100 Telephone; (904) 996-1120 Facsimile
lindsey@lindseybrocklaw.com; jennifer@lindseybrocklaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 29, 2024



Angela E. Noble
Clerk of Court

SUMMONS

Deputy Clerk
U.S. District Courts